Thomas E. Daugherty, Bar No. 269063
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
tdaugherty@klinedinstlaw.com

Attorneys for Plaintiff,
TAMMY TAUFA


Lara P. Besser (SBN 282289)
Suzana I. Sinatra (SBN 201727)
Taylor A. Hart (SBN 359813)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
Lara.Besser@jacksonlewis.com
Susan.Sinatra@jacksonlewis.com
Taylor.Hart@jacksonlewis.com

Attorneys for Defendant
FMG SUITE, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY TAUFA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FMG SUITE, LLC, a Delaware limited liability company, and DOES 1-50,<br><br>　　　　Defendants. | Case No. 25CV0957 MMA BLM<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL CASE DEADLINES**<br><br>Complaint filed: October 30, 2024<br>FAC filed: January 29, 2025<br>Case Removed: April 21, 2025 |

**TO THE HONORABLE JUDGE AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

Plaintiff, TAMMY TAUFA ("Plaintiff"), and Defendant, FMG SUITE, LLC ("Defendant"), (collectively referred to as the "Parties"), by and through their respective counsel record, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed this action in the Superior Court for the County of San Diego on October 30, 2024;

WHEREAS Defendant removed this case to the United States District Court on April 21, 2025, (Dkt. #1);

WHEREAS this Honorable Court issued the NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE, (Dkt. #5) which set May 12, 2025 as the deadline to email the Court regarding participation in the ENE, to provide an ENE statement, and to provide a joint discovery plan;

WHEREAS the Parties have reached a tentative settlement of Plaintiff's claims, pending finalization of a settlement agreement;

THEREFORE, the Parties hereby stipulate and agree that as follows:

1. The Parties request that this Honorable Court vacate all pending deadlines;

2. Stay this matter, pending finalization of the Parties' settlement, and anticipated dismissal of this action.

KLINEDINST PC

DATED: May 12, 2025        By:   */s/ Thomas E. Daugherty*
                                  Thomas E. Daugherty
                                  Attorneys for Plaintiff,
                                  TAMMY TAUFA

| | |
|---|---|
| DATED: May 12, 2025 | JACKSON LEWIS, PC<br><br>By:    */s/ Lara Besser*<br>     Lara Besser<br>     Attorneys for Defendant,<br>     FMG SUITE, LLC |

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

# PROOF OF SERVICE

**Tammy Taufa v. FMG Suite, LLC, et al.**
**USDC Case No. 25CV0957 MMA BLM**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 1100, San Diego, California 92101.

On May 12, 2025, I served true copies of the following document(s) described as **JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL CASE DEADLINES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 12, 2025, at San Diego, California.

*/s/ Patricia A. Schussler*
Patricia A. Schussler

Case No. 25CV0957 MMA BLM

**SERVICE LIST**
**Tammy Taufa v. FMG Suite, LLC, et al.**
**USDC Case No. 25CV0957 MMA BLM**

| | |
|---|---|
| Lara P. Besser (SBN 282289)<br>Suzana I. Sinatra (SBN 201727)<br>Taylor A. Hart (SBN 359813)<br>JACKSON LEWIS, P.C.<br>225 Broadway, Suite 1800<br>San Diego, CA  92101<br>Tel.: (619) 573-4900<br>Fax: (619) 573-4901<br>Lara.Besser@jacksonlewis.com<br>Susan.Sinatra@jacksonlewis.com<br>Taylor.Hart@jacksonlewis.com | *Attorneys for Defendant,*<br>FMG Suite, LLC |

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101